**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Terresa A. Darragh                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-10832 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FirstKey Master Funding 2021-A Collateral Trust and index same on the master mailing list.

                                                    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
15 Sep 2021, 10:13:45, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322