United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10832-mdc |
| Terresa A. Darragh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14431382 | U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bosborne@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| PAUL H. YOUNG | on behalf of Debtor Terresa A. Darragh support@ymalaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 21, 2021 | Form ID: trc | Total Noticed: 1

ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com

THOMAS SONG
on behalf of Creditor Bank of America NA tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10832-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Terresa A. Darragh
610 Gilham Street
Philadelphia PA 19111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/21/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

FirstKey Master Funding 2021-A Collateral
c/o Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/21

Tim McGrath
**CLERK OF THE COURT**