United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10832-mdc
Terresa A. Darragh                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                   Page 1 of 2
Date Rcvd: Mar 01, 2022                       Form ID: trc                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

**Recip ID**                **Recipient Name and Address**
14644175            +  FirstKey Master Funding 2021-A Collateral, c/o Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed
below:**

**Name**                          **Email Address**

ANTONIO G. BONANNI
                                  on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select
                                  Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
                                  on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select
                                  Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
                                  on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bosborne@hoflawgroup.com  ckohn@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
                                  on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select
                                  Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

KARINA VELTER
                                  on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 01, 2022                       Form ID: trc                                    Total Noticed: 1

KARINA VELTER
                    on behalf of Creditor Towd Point Mortgage Trust 2021-1  U.S. Bank National Association as Indenture Trustee
                    kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PAUL H. YOUNG
                    on behalf of Debtor Terresa A. Darragh support@ymalaw.com
                    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

REBECCA ANN SOLARZ
                    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG
                    on behalf of Creditor Bank of America  NA tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10832-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Terresa A. Darragh
610 Gilham Street
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/28/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: FirstKey Master Funding 2021-A Collateral, c/o Select Portfolio Servicing,
PO Box 65250, Salt Lake City, UT 84165

Name and Address of Transferee:

Towd Point Mortgage Trust 2021-1 et al
c/o Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/03/22

Tim McGrath
**CLERK OF THE COURT**