# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    TERRESA DARRAGH        :    CHAPTER 13
                                 :
    Debtor(s)                    :    BANKRUPTY NO. 19-10832

## ORDER

And now this 8th day of March 2023, upon consideration of the Movants' Objection to the Proof of Claim filed by LVNV Funding, LLC (No. 2-1), it is hereby:

ORDERED and DECREED that the Objection is SUSTAINED and the Proof of Claim filed by LVNV Funding, LLC (No. 2-1), is hereby stricken and excluded from the bankruptcy.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE