United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10832-mdc |
| Terresa A. Darragh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Terresa A. Darragh, 610 Gilham Street, Philadelphia, PA 19111-5353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Mar 09 2023 23:53:00 | JANET M. SPEARS, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 09 2023 23:53:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 11, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | |

Case 19-10832-mdc    Doc 63    Filed 03/11/23    Entered 03/12/23 00:29:20    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE

on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

BRADLEY JOSEPH OSBORNE

on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bosborne@hoflawgroup.com  ckohn@hoflawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DANIELLE BOYLE-EBERSOLE

on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

KARINA VELTER

on behalf of Creditor Towd Point Mortgage Trust 2021-1 U.S. Bank National Association as Indenture Trustee kvelter@pincuslaw.com, bankruptcy@powerskirn.com

KARINA VELTER

on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust kvelter@pincuslaw.com  bankruptcy@powerskirn.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PAUL H. YOUNG

on behalf of Debtor Terresa A. Darragh support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

THOMAS SONG

on behalf of Creditor Bank of America NA tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    TERRESA  DARRAGH | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTY NO. 19-10832 |

## ORDER

And now this  8th   day of    March    2023, upon consideration of the Movants' Objection to the Proof of Claim filed by LVNV Funding, LLC (No. 2-1), it is hereby:

ORDERED and DECREED that the Objection is SUSTAINED and the Proof of Claim filed by LVNV Funding, LLC (No. 2-1), is hereby stricken and excluded from the bankruptcy.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE