United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10832-mdc |
| Terresa A. Darragh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 14, 2023 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terresa A. Darragh, 610 Gilham Street, Philadelphia, PA 19111-5353 |
| 14315004 | | BANK OF AMERICA, N.A., C/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14270975 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14310690 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 14 2023 23:42:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14270971 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 14 2023 23:42:00 | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14285094 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 14 2023 23:42:00 | Bank of America NA, Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14285497 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 14 2023 23:42:00 | Bank of America, NA, c/o Janet M. Spears, Esquire, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14284311 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 14 2023 23:42:00 | Bank of America, NA, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14366866 | | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14361008 | | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14303772 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2023 23:53:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14270972 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 23:53:29 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14270973 | | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | City of Philadelphia, Department of Revenue, PO |

Case 19-10832-mdc  Doc 72  Filed 04/16/23  Entered 04/17/23 00:27:11  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: 138OBJ | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 148, Philadelphia, PA 19105-0148 |
| 14270974 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 14 2023 23:53:39 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14644175 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2023 23:42:00 | FirstKey Master Funding 2021-A Collateral, c/o Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14636519 | ^ | MEBN | Apr 14 2023 23:36:46 | FirstKey Master Funding 2021-A Collateral Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14285084 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 23:53:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14284650 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 14 2023 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14287623 | | Email/Text: bkdepartment@rtresolutions.com | Apr 14 2023 23:42:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14672707 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2023 23:42:00 | Towd Point Mortgage Trust 2021-1 et al, c/o Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14431382 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2023 23:42:00 | U.S. Bank Trust National Association, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14270976 | | Real Time Resolutions |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bosborne@hoflawgroup.com ckohn@hoflawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: 138OBJ | Total Noticed: 23 |

BRADLEY JOSEPH OSBORNE
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

KARINA VELTER
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust kvelter@pincuslaw.com bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor Towd Point Mortgage Trust 2021-1 U.S. Bank National Association as Indenture Trustee kvelter@pincuslaw.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

PAUL H. YOUNG
    on behalf of Debtor Terresa A. Darragh support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

THOMAS SONG
    on behalf of Creditor Bank of America NA tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Terresa A. Darragh

        Debtor(s)                         Case No: 19−10832−mdc

                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                    900 Market Street
                                          Suite 400
                                  Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/14/23