United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10832-mdc

Terresa A. Darragh                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 26, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

**Recip ID**        **Recipient Name and Address**
db         + Terresa A. Darragh, 610 Gilham Street, Philadelphia, PA 19111-5353

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

**Name**               **Email Address**

ANTONIO G. BONANNI
      on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
      on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
      on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bosborne@hoflawgroup.com  ckohn@hoflawgroup.com

BRIAN CRAIG NICHOLAS
      on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DANIELLE BOYLE-EBERSOLE
      on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

District/off: 0313-2                           User: admin                                    Page 2 of 2

Date Rcvd: Jul 26, 2023                        Form ID: 195                                  Total Noticed: 1

KARINA VELTER
                    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust karina.velter@powerskirn.com
                    bankruptcy@powerskirn.com

KARINA VELTER
                    on behalf of Creditor Towd Point Mortgage Trust 2021-1  U.S. Bank National Association as Indenture Trustee
                    karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PAUL H. YOUNG
                    on behalf of Debtor Terresa A. Darragh support@ymalaw.com
                    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SARAH K. MCCAFFERY
                    on behalf of Creditor Towd Point Mortgage Trust 2021-1  U.S. Bank National Association as Indenture Trustee
                    ckohn@hoflawgroup.com

THOMAS SONG
                    on behalf of Creditor Bank of America  NA tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Terresa A. Darragh                                      : Case No. 19−10832−mdc

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 26, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                     By The Court

                     Magdeline D. Coleman
                     Chief Judge, United States Bankruptcy Court